## FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

AO-10
Rev. 1/2004

Report required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duncan, Allyson K | U.S. Court of Appeals, 4th Cir | 6/15/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge | 5. Report Type (check appropriate type)  ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2004 to 12/31/2004 |
|---|---|---|

| 7. Chambers or Office Address  4140 Parklake Avenue, Suite 52  Raleigh, NC 27612-3723 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2005 JUN 16 A 10: 57
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Philadelphia Bar Association | October 1-2 Philadelphia, PA, JTBF 2004 Conference, (meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Duncan, Allyson K | 6/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Guardian Fund | | None | J | T | | | | | |
| 2. American Century Ultra | A | Dividend | J | T | Redeemed | 04/05 | J | A | |
| 3. Fidelity Gov't Res. Money Market | | None | J | T | | | | | |
| 4. Fidelity Puritan Mutual Fund | B | Dividend | K | T | | | | | |
| 5. Janus Mutual Fund | A | Dividend | J | T | | | | | |
| 6. Janus 20 Mutual Fund | A | Dividend | J | T | | | | | |
| 7. Wachovia - Time Deposit | A | Interest | J | T | | | | | |
| 8. UBS Financial Services Cash Fund | A | Dividend | J | T | Sell | 03/22 | J | A | See note on part VIII |
| 9. Vanguard 500 Index Fund | A | Dividend | J | T | Part Sale | 01/30 | K | C | |
| 10. Legg Mason Mutual Fund Special Investment Trust | B | Dividend | K | T | | | | | |
| 11. AFLAC Common Stock | A | Dividend | J | T | | | | | |
| 12. Mutual Shares Mutual Fund | | None | K | T | | | | | |
| 13. Fidelity Equity Income Fund | | None | K | T | | | | | |
| 14. TWA Bond | | None | J | T | | | | | |
| 15. Lehman Bros. Bond | | None | J | T | | | | | |
| 16. US Treasury Sec. Stripped Bond | | None | J | T | | | | | |
| 17. Intel Common Stock | | None | J | T | Sell | 02/02 | J | A | |
| 18. North State Bancorp | A | Interest | M | T | Partial Sale | 07/21 | K | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K | 6/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. EV Classic Senior Floating Rate | A | Dividend | K | T | Sell | 03/22 | K | A | |
| 20. State Employees Credit Union (Account) | A | Interest | J | T | | | | | |
| 21. Vanguard Growth Index Fund | A | Dividend | J | T | | | | | See note on Part VIII |
| 22. Charlotte Mecklenburg Hospital | A | Dividend | J | T | Sell | 02/02 | J | A | |
| 23. Vanguard Growth & Income | A | Dividend | J | T | Part Sale | 01/30 | M | B | See explanation in Section VIII |
| 24. UBS Pac International Equity Fund | A | Dividend | J | T | Part Sale | 01/30 | J | A | |
| 25. Gov Securities Investment Fund | A | None | L | T | | | | | |
| 26. Common Stock Index Investment Fund | A | None | M | T | | | | | |
| 27. Small Capitalization Stock Index Investment Fund | A | None | L | T | | | | | |
| 28. International Stock Index Investment Fund | A | None | L | T | | | | | |
| 29. American Express Certificate Company (Account) | B | Interest | L | T | Buy | 01/30 | L | | |
| 30. American Express - Insured Money Market | A | Interest | J | T | Buy | 01/13 | J | | |
| 31. Phoenix-Duff & Phelps Real Estate Securities | B | Dividend | K | T | Buy | 01/30 | K | | |
| 32. Columbia High Yield Fund CL A | A | Dividend | K | T | Buy | 01/30 | K | | |
| 33. MFS Research Bond CL A | A | Dividend | L | T | Buy | 01/30 | L | | |
| 34. Pimco Foreign Bond Fund | A | Dividend | J | T | Buy | 01/30 | J | | |
| 35. ABN Amro Growth Fund Class N | A | Dividend | K | T | Buy | 01/30 | K | | |
| 36. MFS Value Fund Class A | A | Dividend | K | T | Buy | 01/30 | K | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K | 6/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Duke Energy (X) | A | Dividend | J | T | | | | | |
| 38. Baron Asset Fund | | None | K | T | Buy | 01/30 | K | | |
| 39. Century Small Cap Select Inv Share | | None | K | T | Buy | 01/30 | K | | |
| 40. Goldman Sachs Mid Cap Value A | B | Dividend | K | T | | 01/30 | K | | |
| 41. Evergreen Special Values CL A | A | Dividend | K | T | Buy | 01/30 | K | | |
| 42. Evergreen International Equity FD CL A | A | Dividend | K | T | | 01/30 | K | | |
| 43. Vanguard Prime Money Mkt Fund (X) | A | Dividend | K | T | | | | | |
| 44. Vanguard GNMA Fund Investor Shares (X) | A | Dividend | K | T | | | | | |

1. Income Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                          P3 = $25,000,001-$50,000,000      P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII line 8 - UBS Cash Fund name change from Paine Webber Cash Fund
Part VII line 21 - Vanguard Growth Index Fund name change from previous report.
Part VII line 23 - Vanguard Index Fund was inadvertently undervalued in previous reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date _June 10, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544